IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D16-707

JAMES LEON SAPP, FORMER
HUSBAND,

     Appellant,

v.

MARILYN SAPP, FORMER
WIFE,

     Appellee.

_____/

Opinion filed October 10, 2016.

An appeal from the Circuit Court for Suwannee County.
David W. Fina, Judge.

James Leon Sapp, pro se, Appellant.

Robert A. Sandow, Lake City, for Appellee.

PER CURIAM.

     AFFIRMED.

MAKAR, JAY, and M.K. THOMAS, JJ., CONCUR.